774

No. 232. SMITH, Appellant, v. AMERICAN FAMILY INSURANCE COMPANY, and another, Respondents.

(Also reported in 221 N. W. 2d 922.)

The cause was submitted for the appellant on the brief of *S. A. Schapiro* of Milwaukee, and for the respondents on the brief of *John U. Schmid, Jr.*, and *Borgelt, Powell, Peterson & Frauen*, all of Milwaukee.

The judgment is affirmed.

No. 236. MOE NORTHERN COMPANY, INC., Plaintiff, v. MAYR ELECTRIC CORPORATION, Defendant and Respondent: CITY OF SHEBOYGAN, Defendant and Appellant.

(Also reported in 221 N. W. 2d 920.)

The cause was submitted for the appellant on the brief of *Clarence H. Mertz* of Sheboygan, and for the respondent on the brief of *Alexander Hopp* and *Walter, Hopp & Hodson*, all of Sheboygan.

The judgment is affirmed.